# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2010

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813



**Appeal Number: 07-13637-P**
Case Style: Lenard Philmore v. Walter A. McNeil
District Court Number:  06-14249 CV-ASG

The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

John Ley, Clerk of Court

Reply To: Marcus Simmons (404) 335-6200


c: District Court Judge


MDT-4 (04-2007)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 22, 2010

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 2 6 2010

JOHN LEY
CLERK
```

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Lenard Philmore
v. Walter A. McNeil, Secretary, Florida Department of
Corrections
No. 09-8066
(Your No. 07-13637)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk